# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:03cr00161 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| LAWRENCE W. LLOYD, | : | |
| Defendant. | : | |
| _____ | | |
| LAWRENCE W. LLOYD, | : | |
| Petitioner, | : | Case No. 3:08cv007 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #70), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on June 3, 2009 (Doc. #70) is ADOPTED in full;

2. Lawrence W. Lloyd's Petition to Vacate Sentence (Doc. #60) is DENIED and DISMISSED with prejudice;

3. A certificate of appealability under 28 U.S.C. 2253 shall not issue; and

4. This case is terminated on the docket of this Court.


June 23, 2009                                                *S/THOMAS M. ROSE

                                                            Thomas M. Rose
                                                       United States District Judge